**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:    (559) 486-4533

Attorney for Defendant
**PATRICK SHIGE MATSUDA**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO. CR F -01-5317-OWW** |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE DATE FOR SELF-SURRENDER** |
| ) | |
| v. ) | |
| ) | |
| PATRICK SHIGE MATSUDA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant PATRICK SHIGE MATSUDA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KATHLEEN A. SERVATIUS, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the date for self-surrender in the above-referenced case currently scheduled for Monday, October 24, 2005 be continued to Monday, October 31, 2005. Defendant shall self-surrender to the U.S. Marshal or facility by October 31, 2005.

1 | **IT IS SO STIPULATED**

Respectfully submitted,

3

Dated: October 21, 2005 /s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant
PATRICK SHIGE MATSUDA

7 | **IT IS SO STIPULATED**

9 | Dated: October 21, 2005 /s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

11 | **IT IS SO ORDERED**

13

Dated: ____October 24, 2005      _/s/ OLIVER W. WANGER_____
OLIVER W. WANGER